UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1073 L |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| RODRIGO VELASQUEZ-COTA ET AL., ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Rodrigo Velasquez-Cota et al.</u>, Criminal Case No. 08CR0614-L.

DATED: April 9, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney