CERTIFICATION OF SERVICE

I, Robert Carriedo, hereby certify to the best of my information and belief that by having e-filed the Defendant's Notice of Motion and Motion to Compel Further Discovery, to Suppress Statements, and For Further Motions. I have caused a copy of same to be served via electronic mail upon the following:

Stewart Michael Young:    Stewart.young@usdoj.gov, Lillian.ruiz@usdoj.gov, efile.dkt.gc1@usdoj.gov,

Dated: May 26, 2008

/s/Robert Carriedo
_____
**Robert Carriedo**, Attorney for
Defendant Rodrigo Velasquez-Cota