KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO VELASQUEZ-COTA (D1),<br><br>Defendant. | Criminal Case No. 08-CR-1073-001 L<br><br>DECLARATION OF RODRIGO VELASQUEZ-COTA (D1) EXONERATING MONIQUE RUIZ-MONTENEGRO (D2) |

DECLARATION

I, RODRIGO VELASQUEZ-COTA, hereby declare as follows:

1. On or about February 6, 2008, I knowingly and intentionally was the driver of a 2005 Dodge Stratus bearing California license plate number 6CFH910 (the "vehicle"), which was driven from Mexico into the United States through the Calexico West, California, Port of Entry (Calexico POE).

2. At the time the vehicle described above entered the United States through the Calexico West POE, concealed within the vehicle was approximately 24.86 kilograms/ 54.69 pounds of cocaine, a Schedule II controlled substance.

3. At the time I knowingly and intentionally drove the vehicle described above, which entered into the United States through the Calexico West POE, I knew that the vehicle contained approximately 24.86 kilograms/ 54.69 pounds of cocaine, or some other prohibited drug.

4. At the time I knowingly and intentionally drove the vehicle described above, which entered into the United States through the Calexico West POE, Monique Ruiz-Montenegro (D2) was a passenger in the vehicle. She had no knowledge of the cocaine or any other prohibited drugs concealed within the vehicle.

5. I have informed the Government that I will plead guilty to one count of the Indictment charging me with knowingly and intentionally importing 5 kilograms and more; to wit, approximately 24.86 kilograms/ 54.69 pounds of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, on or about February 6, 2008, within the Southern District of California, in violation of 21 U.S.C. §§ 952 and 960.

6. If I do not plead guilty to the charge set forth above, for any reason, or thereafter withdraw my guilty plea to that charge, I agree that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal, or collateral attack, that the stipulated facts set forth in paragraphs 1-5 shall be admitted as substantive evidence.

7. By signing this declaration, I certify that I have read it (or that it has been read to me in my native language) and that I have discussed the terms of this declaration with defense counsel and fully understand its meaning and effect.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/30/08

RODRIGO VELASQUEZ-COTA

I have reviewed this declaration with my client.

Dated: 7/30/08

ROBERT CARRIEDO, ESQ.